

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

Nos.  02-21-00174-CR
02-21-00175-CR
02-21-00176-CR

EMANUEL OCHOA, Appellant

V.

THE STATE OF TEXAS

On Appeal from the 235th District Court
Cooke County, Texas
Trial Court No. CR19-00054, CR19-00056, CR19-00057

**ORDER**

On the court's own motion, it is ORDERED that the trial court clerk deliver a copy of PT State's Exhibit No. 2 (Interview Room Video) and State's Exhibit No. 83 (Interview Room Video) to this court no later than **Friday, September 16, 2022**.

We direct the clerk of this court to send a notice of this order to the attorneys of record, the trial court clerk, and the court reporter.

Dated September 9, 2022.

Per Curiam